```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAVIGATORS INSURANCE COMPANY,            :
                                         :    ORDER
                  Plaintiff,
                                         :    20 Civ. 6609 (AJN) (GWG)
    -v.-
                                         :
GOYARD, INC.,
                                         :
                  Defendant.             :
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Defendant is directed to file a sworn statement on or before August 17, 2021, indicating the efforts it has made to comply with the last sentence of paragraph 6 of Docket # 38. Defendant shall also describe any efforts made to personally communicate to the nonparties the requirements of that paragraph. If contact was not made by telephone, defendant is instructed to initiate such contact now to the best of its ability and to report on its efforts in the sworn statement.

    SO ORDERED.

Dated: August 12, 2021
       New York, New York

*Gabriel W. Gorenstein*
_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge