UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021

Navigators Insurance Company,

Plaintiff,

—v—

Goyard, Inc.,

Defendant.

20-cv-6609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the discovery extensions in this case, the conference scheduled for October 29, 2021 is adjourned to January 7, 2022 at 3:45 P.M.

SO ORDERED.

Dated:  September 1, 2021
        New York, New York

_____
        ALISON J. NATHAN
    United States District Judge