USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Navigators Insurance Company,

                Plaintiff,

   –v–

Goyard, Inc.,

                Defendant.

20-cv-6609 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

In light of the discovery extensions in this case, the conference scheduled for January 7, 2022 is adjourned to March 4, 2022 at 3:45 P.M. SO ORDERED.

SO ORDERED.

Dated: October 20, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge