



Frank Jordan
(212) 261-8262
frank.jordan@mendes.com

February 24, 2022

**Via E-Filing**

Honorable Alison J. Nathan
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    **Navigators Insurance Company v. Goyard, Inc.;**
               **USDC SDNY Case No. 1:20-cv-06609-AJN-GWG;**
               **Joint Letter to Request Adjournment of Post-Discovery Status Conference**

Dear Judge Nathan:

      We write further to the Court's Order of February 23, 2022 (Document No. 56) concerning a post-discovery status conference presently scheduled in this case for March 4, 2022, at 3:45p.m. We wish to advise the Court that discovery is still ongoing in this case, with fact discovery presently scheduled to conclude on March 10, 2022 and expert discovery presently scheduled to be completed by April 25, 2022 (as Ordered by Magistrate Judge Gabriel W. Gorenstein on January 18, 2022, Document No. 55).

      In view of the foregoing, the parties respectfully submit that a post-discovery conference is pre-mature at this juncture and would request an adjournment of the conference until after the presently scheduled close of expert discovery on April 25, 2022.

SO ORDERED

*Alison J. Nathan* 2/25/2022

      We thank the Court for its consideration.

                                        Respectfully submitted,

> **The post-discovery conference scheduled for March 4, 2022 is adjourned to April 29, 2022 at 3:45 p.m.**

Honorable Judge Nathan
Navigators Insurance Co.  v. Goyard, Inc.
February 24, 2022
Page 2

        **MENDES & MOUNT, LLP**

        By: /s/ Frank Jordan
        Frank Jordan, Esq.
        *Attorneys for Plaintiff*
        *Navigators Insurance Company*
        750 7th Avenue, 22nd Floor
        New York, New York 10019
        (212) 261-8000
        Frank.Jordan@Mendes.com


        **REITLER KAILAS & ROSENBLATT**

        By: /s/ Brett Van Benthysen
        Brett Van Benthysen, Esq.
        *Attorneys for Defendant*
        *Goyard, Inc.*
        *88*5 3rd Avenue, 20th Floor
        New York, New York 10022
        (212) 209-3050
        lkailas@reitlerlaw.com