UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

NAVIGATORS INSURANCE COMPANY     :

        :     ORDER

        Plaintiff,

        :     20 Civ. 6609 (AKH) (GWG)

        -v.-     :

GOYARD, INC.     :

        :

        Defendant.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     Because of the expected departure of a law clerk who has been working on this case, it would be a great convenience to the Court if the briefing schedule on the motion for reconsideration were accelerated.  Accordingly, unless the plaintiff shows a particular hardship, the reply brief shall be filed by July 27, 2022.

     SO ORDERED.

Dated: July 14, 2022
     New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge