# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------X

NAVIGATORS INS. CO.,

                        Plaintiff/Counterclaim Defendant       20 **CIVIL** 6609 (AKH)

    -against-                                                  **JUDGMENT**

GOYARD, INC.,

                        Defendant/Counterclaim Plaintiff

------------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2024, Goyard's motion to recover loss of its goods is granted, and judgment will be entered in the amount of $753,340.50, plus pre-judgment interest of nine percent per annum commencing July 2, 2020 amounting to $242,967.79, plus costs as taxed by the Clerk. N.Y. C.P.L.R. § 5004(a); Fireman's Fund Ins. Co. v, OneBeacon Ins. Co., 14cv4718, 2020 WL 7028906, at *2 (S.D.N.Y. Nov. 30, 2020). Navigators' motion to dismiss Goyard's claim for attorneys' fees and punitive damages is granted. Goyard's motion to strike is denied. Accordingly, the case is closed.

**Dated:**  New York, New York
           January 31, 2024

                                                               **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                      **BY:**
                                                                  _____
                                                                      **Deputy Clerk**