UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NAVIGATORS INS. CO.,

        Plaintiff/ Counterclaim Defendant,

   -against-

GOYARD, INC.,

        Defendant/ Counterclaim Plaintiff.
-------------------------------------------------------------- x

**ORDER REQUESTING RESPONSE**

20 Civ. 6609 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The Court requests that any objections to the request at ECF No. 127 be filed by March 7, 2024 at 12 p.m.

    SO ORDERED.

Dated:    March 5, 2024
           New York, New York

                        ALVIN K. HELLERSTEIN
                        United States District Judge

1