UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
 :
NAVIGATORS INS. CO., :
 : **ORDER REGULATING**
 Plaintiff, : **PROCEEDINGS**
 :
 -against- : 20 Civ. 6609 (AKH)
 :
GOYARD, INC., :
 :
 Defendant. :
 :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In light of the Second Circuit's remand for further examination of the extrinsic evidence, Plaintiff shall submit briefing setting out such extrinsic evidence as it considers relevant to the interpretation of the ambiguity by July 15, 2025. Defendant shall do the same by July 29, 2025. Plaintiff's reply brief shall be filed by August 5, 2025.

      SO ORDERED.

/s/ Alvin K. Hellerstein

Dated: June 24, 2025
           New York, New York
                                      ALVIN K. HELLERSTEIN
                                      United States District Judge